UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24244-Civ-COOKE/Turnoff

RAQUEL CORTES and SANDRA CORTES,
as the Co-Personal Representatives of the
Estate of Othon Cortes,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware
corporation, and SKY CHEFS, INC., a
Delaware corporation,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs' Motion for Protective Order on Taking Foreign Depositions in Germany, Spain and England. (ECF No. 83). This matter was referred to the undersigned by the Honorable Marcia G. Cooke, United States District Judge for the Southern District of Florida. (ECF No. 5). A hearing on this motion was held before the undersigned on February 28, 2013. (ECF No. 93). Upon consideration of the written and oral arguments, the applicable law, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that, consistent with the instructions stated by the undersigned in open court, Plaintiffs' Motion for Protective Order on Taking Foreign Depositions in Germany, Spain and England (ECF No. 83) is **Granted-in-part and Denied-in-part**. The non-party depositions shall go forward and shall be conducted consistent with the rules of this court. Defendant shall arrange for videoconferencing, or other comparable method, by which Plaintiffs' counsel shall attend the depositions. The parties shall share equally the costs of such arrangements. To the extent it is possible, any documents that will be used or produced in connection with the depositions shall be made available to Plaintiffs' counsel prior to the depositions. The deadline for conducting these depositions is March 15, 2013.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February 2013.

WILLIAM C. TURNOFF
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
All Counsel of Record