UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24244-Civ-COOKE/Turnoff

RAQUEL CORTES and SANDRA CORTES,
as the Co-Personal Representatives of the
Estate of Othon Cortes,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC., a Delaware
corporation, and SKY CHEFS, INC., a
Delaware corporation,

    Defendants.
_____/

### ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION TO AUTHORIZE COURT REPORTER TO ADMINISTER OATH IN GERMANY, ENGLAND, AND SPAIN

**THIS CAUSE** came before Defendant American Airlines, Inc.'s Unopposed Motion to Authorize Court Reporter to Administer Oath in Germany, England, and Spain. (ECF No. 94). Upon consideration of the unopposed motion, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the above-referenced Motion (ECF No. 94) is **GRANTED**. Court reporter Teresa Durando is hereby authorized to administer the oath to the corporate representative of Frankenberg in Germany, the corporate representative of Pourshins in England, and the corporate representative of Newrest in Spain, during their respective depositions.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of March 2013.

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

cc: Hon. Marcia G. Cooke
    All Counsel of Record